AUTHENEX, INC., Plaintiff–Appellant,

v.

EMC CORPORATION, Defendant–Appellee.

Authenex, Inc., Plaintiff–Appellant,

v.

EMC Corporation, Defendant–Appellee.

Nos. 2011–1264, 2011–1398.

United States Court of Appeals, Federal Circuit.

July 7, 2011.

Jeremy S. Pitcock, Pitcock Law Group, New York, NY, for Plaintiff–Appellant.

Chris R. Ottenweller, Orrick, Herrington & Sutcliffe LLP, Menlo Park, CA, for Defendant–Appellee.

Before NEWMAN, SCHALL, and DYK, Circuit Judges.

## ORDER

PER CURIAM.

Authenex, Inc. responds to this court's order directing it to show cause why its appeal in 2011–1264 should not be dismissed as premature.

Appeal 2011–1264 was filed after the district court granted summary judgment of noninfringement but before the district court entered a final judgment or ruled on pending counterclaims of noninfringement and invalidity. Authenex states that the district court recently filed a final judg-

ment resolving all claims in the case and Authenex filed another appeal, 2011–1398, seeking review of the final judgment.

Accordingly,

IT IS ORDERED THAT:

(1) Appeal 2011–1264 is dismissed as premature.

(2) Authenex's opening brief in 2011–1398 is due within 30 days of the date of filing of this order.